JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA VALDEZ, <br><br> Plaintiff, <br><br> v. <br><br> GERMAN AMERICAN TECHNOLOGIES, LLC, et al., <br><br> Defendants. | Case No. EDCV 14-988-GW(MANx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [11], it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 5, 2014

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE